PAUL SCHWENN, JR., Respondent, v. WALLACE D. CACHO, JR., et al., Defendants, and JAMAICA HOSPITAL, Appellant.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.